# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-05-00681-CV

**Michael Wright, Appellant**

**v.**

**State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 182,163-A, HONORABLE MICHAEL J. NELSON, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Michael Wright filed his notice of appeal on October 14, 2005, and the appellate record was filed the same day. On November 29, 2005, the Clerk of this Court sent Wright notice that his brief was overdue and that his appeal would be dismissed for want of prosecution if he did not respond to this Court by December 9, 2005. To date, appellant has not responded to this Court's notice. Accordingly, we dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(b), (c).

_____

Jan P. Patterson, Justice

Before Justices B. A. Smith, Patterson and Puryear

Dismissed for Want of Prosecution

Filed:   January 31, 2006